UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Criminal Number:** |
| v. | ) | |
| | ) | **Count One:**  18 U.S.C. § 641 |
| ELAINE GURR KRUSE and | ) | **(Knowing Conversion of** |
| JOHN EMIL KRUSE | ) | **Government Property)** |
| | ) | |

## INFORMATION

The United States of America charges that

## Count One

In between 2010 and 2013, in an offense begun and committed outside the jurisdiction of any

particular State or district of the United States, the defendants,

**ELAINE GURR KRUSE**
and
**JOHN EMIL KRUSE,**

did knowingly convert to their use or the use of others, any record, voucher, money, or thing

of value of the United States or of any department or agency thereof, whose value exceeds the sum

of $1,000; that is, the defendants did knowingly convert low-income housing grants administered by

the United States Department of Treasury to their own personal and business use.

All in violation of Title 18, United States Code, Section 641.

Respectfully submitted,

JACK SMITH
Chief
Public Integrity Section

By: _____

Mark J. Cipolletti
Justin D. Weitz
Trial Attorneys
Public Integrity Section
1400 New York Ave. NW
Washington, DC  20005
(202) 514-1412